# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161907

CARLOS BELL and All Others Similarly
Situated,
       Plaintiffs-Appellees,

v

CIVIL SERVICE COMMISSION and STATE
PERSONNEL DIRECTOR,
       Defendants-Appellants.
_____/

SC: 161907
COA: 347929
Wayne CC: 17-003861-CZ

On order of the Court, by stipulation of the parties to withdraw the application for leave to appeal, the application is DISMISSED without costs and without prejudice to the defendants-appellants reinstating the application by filing a notice with this Court within seven days of an order of the Wayne Circuit Court denying approval of the settlement agreement. The plaintiffs-appellees' answer to the application will be due within 21 days after the filing of such notice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



Clerk